623 A.2d 1296

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

v.

**Sheila Brooks TAHIR.**

**Misc. (Subtitle BV) No. 15, September Term, 1993.**

Court of Appeals of Maryland.

May 7, 1993.

## ORDER

Upon consideration of the Petition for Reprimand by Consent filed herein, it is this 7th day of May, 1993,

ORDERED, that the Respondent, Sheila Brooks Tahir, be, and she is hereby, REPRIMANDED for her violation of Rules 1.1 and 1.3 of the Maryland Rules of Professional Conduct.